UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

Greenlee, Shelia Allen aka Shelia Allen          BANKRUPTCY CASE NO. 03-15708

Debtor(s)                                         CHAPTER 7

MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, <u>CitiCorp N.a., c/o Kathleen S. Allen</u>, the undersigned claimant, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On <u>1/17/2007</u>, the trustee of this estate deposited the sum of <u>$1,053.91</u>, belonging to <u>Citi Cards</u>, with the Clerk of the Bankruptcy Court under 11 U.S.C. § 347(a).

2. I seek payment of these unclaimed funds to <u>Citicorp N.A c/o Kathleen S. Allen</u> at the following address: <u>3800 Citigroup Center Drive., Location G3-4. Tampa, FL 33610</u>

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom the unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of my knowledge, all information and documents submitted in support of this motion are true and correct.

7/27/11
Date

Signature: _____
Claimant's Name:      CitiCorp N.A., c/o Kathleen S. Allen
Mailing Address:      3800 Citigroup Center Drive., Location G3-4
City, State, Zip Code: Tampa, FL 33610
Telephone Number:     813 604 9564
Email Address:        _____
(If filed electronically)

Subscribed and Sworn Before Me this 27 day of July, 20 11.

Melissa Alfonso
Notary Public in and for the State of Florida  My commission expires: 10/23/13

MELISSA ALFONSO
MY COMMISSION # DD930309
EXPIRES: Oct 23, 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

BANKRUPTCY CASE NO. 03-15708

    Greenlee, Shelia Allen aka Shelia Allen

CHAPTER 7

Debtor(s)

## CERTIFICATE OF SERVICE

I, __Kathleen S. Allen__, certify that on __7/27/11__, a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the United States Attorney Office, c/o Hale Boggs Building, 500 Poydras Street, Suite 210-B, New Orleans, Louisiana, 70130 by first class mail, postage prepaid.

Signature: _(signed)_
Claimant's Name: CitiCorp N.A., c/o Kathleen S. Allen
Mailing Address: 3800 Citigroup Center Drive., Location G3-4
City, State, Zip Code: Tampa, FL 33610
Telephone Number: 813 604 9564
Email Address: _____
  (if filed electronically)